**MUSICK, PEELER & GARRETT LLP**
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-3383
Telephone: 213-629-7797
Facsimile: 213-624-1376

Lawrence A. Tabb (State Bar No. 141471)
l.tabb@mpglaw.com

**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone: 714-668-2400
Facsimile: 714-668-2490

Jennifer M. Kokes (State Bar No. 210261)
j.kokes@mpglaw.com

Attorneys for Attorneys for Plaintiff and Counter-Defendant
AMERICAN ALTERNATIVE INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUDSON SPECIALTY INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>HUDSON SPECIALTY INSURANCE COMPANY,<br><br>    Counter-Claimant,<br><br>    vs.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, and ROES 1 through 10, inclusive,<br><br>    Counter-Defendants. | CASE No. EDCV 12-00622 JGB (DTBx)<br><br>**OBJECTIONS TO EDWARD J. MCKINNON DECLARATION IN SUPPORT OF HUDSON SPECIALTY INSURANCE COMPANY'S OPPOSITION TO AMERICAN ALTERNATIVE INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  April 1, 2013<br>Time:  9:00 a.m.<br>Dept:  790<br><br>[Filed concurrently with Reply; Response to Hudson's Statement of Additional Facts; Kokes Declaration in Support of Reply] |

838438.1

On March 11, 2013, well after Hudson had filed its papers in opposition to AAIC's Motion and even after Hudson filed its Notice of Errata concerning its Separate Statement, Hudson filed a "Notice of Filing the Declaration of Edward J. McKinnon." (Doc. 38) The Notice of Filing claims that the declaration was "inadvertently not included in Hudson's papers previously filed in opposition to the Motion for Summary Judgment." (Doc. 38, p. 2) However, nowhere in Hudson's Opposition (Doc. 34), its Separate Statement (Docs. 34-3), its Errata (Doc. 36) or any other papers filed is there a single citation to Mr. McKinnon's Declaration. In fact, it is not even mentioned. Moreover, Hudson's Notice of Filing does not attempt to cure this defect. It does not identify which fact or facts Mr. McKinnon's Declaration is intended to support or provide any specific citations to evidence.

This does not comport with the requirements of *Federal Rule of Civil Procedure* 56(c)(1)(A) and 56 (e) or Central District Local Rule 56-2. Accordingly, Mr. McKinnon's Declaration should not be considered.

"The efficient management of judicial business mandates that parties submit evidence responsibly." *Orr v. Bank of Am.*, NT & SA, 285 F.3d 764, 775 (9th Cir. 2002). Parties must designate specific facts and provide the court with their location in the record. *Id.* "General references [to evidence] without page or line numbers are not sufficiently specific." *S. Cal. Gas Co. v. City of Santa Ana*, 336 F.3d 885, 889 (9th Cir. 2003). This Court is not required to "paw over the files without assistance from the parties." *Orr*, 285 F.3d at 775 (quoting *Huey v. UPS, Inc.*, 165 F.3d 1084, 1085 (7th Cir.1999)). In order to establish a genuine issue of fact precluding summary judgment, the evidence "must *both* be in the district court file *and* set forth in the response." *Carmen v. S.F. Unified Sch. Dist.*, 237 F.3d 1026, 1029 (9th Cir. 2001) (emphasis in original). It is within this Court's discretion to refuse to consider evidence that the offering party fails to cite with sufficient specificity. *Orr*, 285 F.3d at 775; *see also Forsberg v. Pac. Nw. Bell Tel. Co.*, 840 F.2d 1409, 1418

838438.1

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

2                                    EDCV 12-00622 JGB (DTBx)
OBJECTIONS TO EDWARD J. MCKINNON DECLARATION IN SUPPORT OF HUDSON SPECIALTY INSURANCE COMPANY'S OPPOSITION TO AMERICAN ALTERNATIVE INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT

(9th Cir.1988) ("The district judge is not required to comb the record to find some reason to deny a motion for summary judgment.").

AAIC respectfully submits that the Court should exercise its discretion here and refuse to consider Mr. McKinnon's Declaration.

DATED: March 18, 2013          MUSICK, PEELER & GARRETT LLP


By: */s/Jennifer M. Kokes*
Jennifer M. Kokes
Attorneys for Attorneys for Plaintiff and Counter-Defendant
AMERICAN ALTERNATIVE INSURANCE CORPORATION

838438.1                                    3                    EDCV 12-00622 JGB (DTBx)
OBJECTIONS TO EDWARD J. MCKINNON DECLARATION IN SUPPORT OF HUDSON SPECIALTY INSURANCE COMPANY'S OPPOSITION TO AMERICAN ALTERNATIVE INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW